No. 13-30315

———————————————

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————————

IN RE:  DEEPWATER HORIZON

———————————————

LAKE EUGENIE LAND & DEVELOPMENT, INC., ET AL.,
INDIVIDUALLY AND ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,

*Plaintiffs–Appellees*,

*v.*

BP EXPLORATION & PRODUCTION INC.,
BP AMERICA PRODUCTION COMPANY, and BP P.L.C.,

*Defendants–Appellants.*

———————————————

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL No. 2179, Civ. A. No. 12-970

———————————————

## MOTION OF DEFENDANTS–APPELLANTS TO EXPEDITE APPEAL

———————————————

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Theodore B. Olson
  *Counsel of Record*
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

[*cover continued on next page*]

[*cover continued*]

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5339

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979

*Attorneys for BP Exploration & Production Inc.,*
*BP America Production Company, and BP p.l.c.*

## CERTIFICATE OF INTERESTED PERSONS

LAKE EUGENIE LAND & DEVELOPMENT, INC.; BON SECOUR FISHERIES, INC.;
FORT MORGAN REALTY, INC.; LFBP #1, LLC D/B/A GW FINS;
PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC;
WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO;
JOHN TESVICH; MICHAEL GUIDRY; HENRY HUTTO; BRAD FRILOUX; AND JERRY J. KEE,
on behalf of themselves and all others similarly situated,
Plaintiffs–Appellees.

v.

BP EXPLORATION & PRODUCTION INC.;
BP AMERICA PRODUCTION COMPANY; BP P.L.C.,
Defendants–Appellants,

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

### Plaintiffs–Appellees:

This action (the "*Bon Secour*" action) is brought by fifteen class representatives: Lake Eugenie Land & Development, Inc.; Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW FINS; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; John Tesvich; Michael Guidry; Henry Hutto; Brad Friloux; and Jerry J. Kee.

The class representatives represent the Economic and Property Damages Class that the district court certified, for settlement purposes only, on December 21, 2012. *See* MDL 2179 D.E. 8138, 8139. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

Attorneys for Plaintiffs–Appellees:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
Suite 500
556 Jefferson Street
Lafayette, LA 70501
(337) 233-3033

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
29th Floor
275 Battery Street
San Francisco, CA 94111
(415) 956-1000

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
Suite 411J
40 Washington Square, S.
New York, NY 10012
(212) 998-6580

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9159

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
(985) 876-7595

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
(850) 435-7045

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
(212) 558-5802

Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
(757) 670-3888

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
(334) 269-2343

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
(337) 439-0707

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
(504) 394-9000

Michael C. Palmintier
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
(225) 344-3735

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
(251) 471-6191

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
(504) 588-1500

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
(601) 949-3388

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
(214) 521-3605

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
(225) 664-4193

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
(305) 476-7400

Mikal C. Watts
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
(210) 447-0500

**Defendants–Appellants:**

BP Exploration & Production Inc.
BP America Production Company
BP p.l.c.

Attorneys for Defendants–Appellants:

Theodore B. Olson
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5339

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5985

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000

Jeffrey Lennard
Keith Moskowitz
DENTONS
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
(281) 366-2000

## Additional Interested Parties

In addition to the parties to the case, the following parties may have a potential interest in the outcome of this litigation: *Deepwater Horizon* Court Supervised Settlement Program; and Patrick A. Juneau (Claims Administrator of the *Deepwater Horizon* Court Supervised Settlement Program).

Attorneys for Claims Administrator and Court Supervised Settlement Program:

Richard C. Stanley
Jennifer L. Thornton
Gina M. Palermo
Patrick H. Fourroux
STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
(504) 523-1580


　　/s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for Defendants–*
*Appellants BP Exploration & Production*
*Inc., BP America Production Company,*
*and BP p.l.c.*

## MOTION TO EXPEDITE APPEAL

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27.5, Defendants–Appellants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. ("BP") respectfully request that this Court expedite this appeal.  In accordance with Fifth Circuit Rule 27.4, BP has contacted the other parties to this appeal; they oppose this motion and reserve the right to file an opposition.  BP has also contacted the other parties to its recently filed appeal from the district court's ruling in *BP v. Deepwater Horizon Court Supervised Settlement Program*, No. 13-492 (E.D. La.), a closely related appeal that BP will be moving to consolidate with this one; BP has not yet heard back whether they will oppose this motion, but will inform the Court promptly upon learning whether they will file a response.

This appeal arises from the administration of the settlement agreement entered into between BP and a class of plaintiffs who claim to have suffered economic losses as the result of the *Deepwater Horizon* spill.  *See* D.E. 6430-1 ("Agreement").  The agreement establishes a claims process utilizing a business economic loss ("BEL") framework, which is designed to measure the amount (if any) of lost profits sustained by a particular claimant.

The agreement's express purpose is to compensate business claimants for "*[l]oss of income, earnings or profits suffered* . . . as a result of the DEEPWATER HORIZON INCIDENT."  Agreement ¶ 1.3.1.2 (emphasis added).  "Economic Damage" is defined as "*loss of profits, income and/or earnings* . . . allegedly arising out of, due to, resulting from, or relating in any way to, directly or

indirectly, the Deepwater Horizon Incident . . . ." *Id.* ¶ 38.57 (emphasis added). And thus, the BEL framework compensates claimants for "reduction in profit." *Id.*, Ex. 4C at 1.

To achieve its purpose, the agreement's BEL framework uses a recognized and accepted damages methodology to calculate lost profits caused by the *Deepwater Horizon* spill. *See* Agreement Exs. 4A-4E. The framework calculates losses based on the difference in profit—defined as "revenue" minus "corresponding variable expenses"—between a specified post-spill period and a comparable pre-spill period.

On January 15, 2013, the court-appointed Claims Administrator issued a policy decision that departed from the plain meaning of the agreement's key terms. He defined "revenue" and "expenses" in terms of mere cash receipts and cash expenditures recorded in a given period, regardless of when such revenue was earned or expenses actually occurred.  He likewise construed the phrase "corresponding variable expenses" to mean mere "expenditures" recorded in a given period, whether or not they correspond to the revenue recorded in that period.

Recognizing that these interpretive errors would translate into systematic overpayments by permitting mismatches between revenue and expenses, BP immediately challenged the Claims Administrator's construction of the settlement agreement in the district court.  On March 5, 2013, however, the district court adopted the Claims Administrator's erroneous approach. *See* D.E. 8812.  This appeal followed.

Expedited consideration is warranted here for the same reason that BP has separately requested an injunction and stay pending appeal: BP faces irreparable harm that is increasing daily. *See* Emergency Motion of Defendants-Appellants for an Injunction and Stay Pending Appeal at 15-18 (April 8, 2013) ("FRAP 8(a)(2) Motion"). As shown in that motion, which is incorporated herein by reference, the record establishes that some two-thirds of BEL awards over $75,000 are potentially based on fictitious losses. *See* FRAP 8(a)(2) Motion Ex. C ¶¶ 8-10 & Tbl. 1. Awards to claimants with fictitious losses already total hundreds of millions of dollars and are constantly growing. Once all current claims are processed, the fictitious awards could cost billions of dollars. *Id.* ¶ 21.

Because of the district court's erroneous interpretation, fictitious losses will rapidly dissipate BP's assets, and BP has no practical ability to recover damages for erroneous claim determinations made while the appeal is pending. In particular, BP cannot recover damages from the settlement program itself, because it is funded entirely by BP pursuant to the settlement agreement. *See* Agreement § 5.12. BP also cannot recover damages from the Claims Administrator, as he lacks funds to satisfy any judgment, and in any case he can seek indemnification from BP. *See id.* ¶ 5.12.1.7.3. Finally, BP cannot feasibly sue each of the thousands of claimants receiving awards for fictitious losses, and even if it could, many of the claimants receiving these unjust windfalls will spend the funds and thus will lack sufficient assets to reimburse BP. BP's inability to recover meaningful damages for the myriad erroneous awards for fictitious losses inflicts classic irreparable harm. *See FSLIC v. Dixon*, 835 F.2d 554, 561 (5th Cir. 1987)

(holding that dissipation of funds to numerous recipients constitutes irreparable harm); *Janvey v. Alguire*, 647 F.3d 585, 600-01 (5th Cir. 2011) (same). This irreparable harm constitutes good cause for the Court to grant expedited treatment for this appeal. *See* 5th Cir. R. 27.5; *see also* 5th Cir. R. 34.5.

Moreover, BP has separately filed two appeals from the district court's subsequent denials of BP's motions for preliminary injunctions to prevent the Claims Administrator from implementing his interpretation of the agreement. Those appeals, which BP will be moving to consolidate with this one, are entitled to priority calendaring under this Court's Rule 47.7. *See* 5th Cir. R. 47.7 ("The following categories of cases are given preference in processing and disposition . . . actions for temporary or preliminary injunctive relief[.]"); *see also* 28 U.S.C. § 1657 ("[t]he court shall expedite the consideration of . . . any action for temporary or preliminary injunctive relief[.]").

BP therefore requests adoption of the following expedited briefing schedule and argument, and requests that oral argument be held as soon thereafter as this Court finds feasible:

| | |
|---|---|
| Appellant's Brief: | May 3, 2013 |
| Appellee's Brief: | May 17, 2013 |
| Appellant's Reply Brief: | May 24, 2013 |
| Oral Argument: | As soon after May 24, 2013 as is feasible |

## CONCLUSION

For good cause shown, BP respectfully requests that this Court expedite consideration of this appeal.

April 8, 2013

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Respectfully submitted,

  /s/ Theodore B. Olson
Theodore B. Olson
   *Counsel of Record*
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5339

S. Gene Fendler
Don K. Haycraft
R. Keith Jarrett
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
 (504) 581-7979

*Attorneys for BP Exploration & Production Inc.,*
*BP America Production Company, and BP p.l.c.*

# CERTIFICATE OF CONFERENCE

I hereby certify that, on April 6, 2013, counsel for Defendants–Appellants conferred with counsel for Plaintiffs–Appellees to determine, pursuant to this Court's Rule 27.4, whether an opposition will be filed.    Plaintiffs–Appellees oppose the relief requested in this motion.

  /s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for Defendants–Appellants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I hereby certify that that, on April 8, 2013, this Motion to Expedite Appeal was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov.  I further certify that: (1) required privacy redactions have been made pursuant to this Court's Rule 25.2.13, (2) the electronic submission is an exact copy of the paper document pursuant to this Court's Rule 25.2.1, and (3) the document has been scanned with the most recent version of Microsoft Forefront Endpoint Protection and is free of viruses.

   /s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for Defendants–*
*Appellants BP Exploration & Production*
*Inc., BP America Production Company,*
*and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, an electronic copy of the foregoing Motion to Expedite Appeals was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system.

I further certify that service will be accomplished by the appellate CM/ECF system and by commercial carrier for next-day delivery on the following counsel:

Stephen Jay Herman
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
Suite 500
556 Jefferson Street
Lafayette, LA 70501

*Counsel for Plaintiffs–Appellees*

    /s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for Defendants–*
*Appellants BP Exploration & Production*
*Inc., BP America Production Company,*
*and BP p.l.c.*