No. 13-30315

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**
_____

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND & DEVELOPMENT, INC., ET AL.,
INDIVIDUALLY AND ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,

*Plaintiffs–Appellees*,

*v.*

BP EXPLORATION & PRODUCTION INC.,
BP AMERICA PRODUCTION COMPANY, and BP P.L.C.,

*Defendants–Appellants*.
_____

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL No. 2179, Civ. A. No. 12-970
_____

**SUPPLEMENT TO MOTION OF DEFENDANTS–APPELLANTS
TO EXPEDITE APPEAL**
_____

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

Theodore B. Olson
  *Counsel of Record*
Miguel A. Estrada
Thomas G. Hungar
Scott P. Martin
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

[*cover continued on next page*]

[*cover continued*]

| | |
|---|---|
| Jeffrey Bossert Clark | George H. Brown |
| Steven A. Myers | GIBSON, DUNN & CRUTCHER LLP |
| KIRKLAND & ELLIS LLP | 1881 Page Mill Road |
| 655 Fifteenth Street, N.W. | Palo Alto, CA  94304 |
| Washington, D.C. 20005 | (650) 849-5339 |
| (202) 879-5000 | |
| | S. Gene Fendler |
| | Don K. Haycraft |
| | R. Keith Jarrett |
| | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| | New Orleans, LA 70139 |
| | (504) 581-7979 |

*Attorneys for BP Exploration & Production Inc.,*
*BP America Production Company, and BP p.l.c.*

## SUPPLEMENT TO MOTION TO EXPEDITE APPEAL

Defendants–Appellants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. ("BP") respectfully submit this supplement to their motion to expedite this appeal, in order to inform the Court of additional developments with respect to the position of other parties on the relief requested in this motion.

Counsel for Plaintiffs–Appellees has authorized counsel for BP to state that they would not oppose expedited treatment of this appeal on the following schedule:

| | |
|---|---|
| Appellant's Brief: | May 3, 2013 |
| Appellee's Brief: | May 24, 2013 |
| Appellant's Reply Brief: | May 31, 2013 |
| Oral Argument: | As soon after May 31, 2013 as is feasible |

The other parties to BP's recently filed appeal from the district court's ruling in *BP v. Deepwater Horizon Court Supervised Settlement Program*, No. 13-492 (E.D. La.), *docketed as* No. 13-30329, a closely related appeal that BP has moved to consolidate with this one,[1] have indicated that they also would not oppose expedited treatment of this appeal on the above schedule if the Court grants the motion to consolidate.

---

[1] The Defendants-Appellees in the appeal from No. 13-492 (E.D. La.) have advised that they will oppose a motion to consolidate the appeals.

BP concurs that the above schedule would be appropriate, and respectfully submits that expedition is warranted.

| | |
|---|---|
| April 9, 2013 | Respectfully submitted, |
| Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>Andrew B. Bloomer, P.C.<br>R. Chris Heck<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2000 | /s/ Theodore B. Olson<br>Theodore B. Olson<br>  *Counsel of Record*<br>Miguel A. Estrada<br>Thomas G. Hungar<br>Scott P. Martin<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 955-8500 |
| Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>(202) 879-5000 | George H. Brown<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 849-5339 |
| | S. Gene Fendler<br>Don K. Haycraft<br>R. Keith Jarrett<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>(504) 581-7979 |

*Attorneys for BP Exploration & Production Inc.,*
*BP America Production Company, and BP p.l.c.*

**CERTIFICATE OF ELECTRONIC COMPLIANCE**

I hereby certify that that, on April 9, 2013, this Supplement to Motion to Expedite Appeal was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF document filing system, https://ecf.ca5.uscourts.gov. I further certify that: (1) required privacy redactions have been made pursuant to this Court's Rule 25.2.13, (2) the electronic submission is an exact copy of the paper document pursuant to this Court's Rule 25.2.1, and (3) the document has been scanned with the most recent version of Microsoft Forefront Endpoint Protection and is free of viruses.

　/s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for Defendants–Appellants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2013, an electronic copy of the foregoing Supplement to Motion to Expedite Appeals was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system.

I further certify that service will be accomplished by the appellate CM/ECF system and by commercial carrier for next-day delivery on the following counsel:

Stephen Jay Herman
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
Suite 500
556 Jefferson Street
Lafayette, LA 70501

*Counsel for Plaintiffs–Appellees*

  /s/ Theodore B. Olson
Theodore B. Olson
*Attorney of Record for Defendants–Appellants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*