# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30315

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

  Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,

  Defendants - Appellants

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before JOLLY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

  IT IS ORDERED that appellants' opposed motion for injunction

pending appeal is denied.

IT IS FURTHER ORDERED that appellants' opposed motion for stay pending appeal is denied.

IT IS FURTHER ORDERED that appellants' opposed motion to expedite the appeal is granted.