No. 13-30315
(c/w No. 13-30329 c/w 13-31220)
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

IN RE: DEEPWATER HORIZON

_____

On Appeal from the United States District Court
For the Eastern District of Louisiana
MDL No. 2179, Civ. A. No. 12-970

_____

# PLAINTIFFS-APPELLEES OPPOSITION TO BP'S MOTION TO EXPEDITE CONSIDERATION OF RENEWED MOTION FOR AN INJUNCTION

Stephen J. Herman
Herman, Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com
Lead Class Counsel

James Parkerson Roy
Domengeaux, Wright, Roy, & Edwards LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
Lead Class Counsel

Samuel Issacharoff
40 Washington Square South, 411J
New York, NY 10012
Telephone: (212) 998-6580
E-Mail: si13@nyu.edu
Counsel on the Brief

## OPPOSITION TO MOTION TO EXPEDITE

In what has now become an all-too-familiar refrain, BP demands expedited consideration of an issue related to BEL claims of which *all BEL claims remain stayed*. In the very Order that BP seeks relief from, the District Court ordered that the injunction of all BEL claims remain in effect: "The Court maintains the preliminary injunction as amended on December 5, 2013 [Rec. Doc. 11928], pending further action by the Certification Panel or the BEL Panel of the Fifth Circuit." *Order & Reasons*, at 38 (12/24/13) [Rec. Doc. 12055]. (The amended December 5, 2013 preliminary injunction stayed all BEL claims. [Rec. Doc. 11928])

In fact, BP seeks only half of an appeal from the District Court's 12/24/13 Order. The District Court's Order resolved *two* issues. The first issue resolved the accounting issue of matching expenses to revenue. The District Court ruled that such matching should occur and *remanded* to the Claims Administrator to develop an appropriate methodology. *12/24/13 Order*, at 5-6. By not alleging any error to that portion of the Order, BP has likely waived it.[1] FED. R. APP. PROC. 28; *McKethan v. Texas Farm Bureau*, 996 F.2d 734, 739 n.9 (5th Cir. 1993).

---

[1] Not only does BP appear unfazed by splitting issues of the 12/24/13 Order but it instructs this Court to maintain jurisdiction in this new appellate ping-pong game until whenever the Claims Administrator may issue the methodology of the accounting issue. *BP Motion to Expedite*, at 5 fn.

Plaintiffs, however, are unclear why BP would demand a 2:00 p.m. response date next Monday. Plaintiffs were not given any available options – merely informed of what BP was to move the Court. Frankly, Plaintiffs have the very significant interest in expediting resolution of these appeals so that BEL claimants may once again receive payments. Almost 100,000 BEL claims have been filed. Of these, over 50,000 have not received any kind of notice and another 20,000 have received some kind of incompleteness notice. All approximately 70,000 unresolved BEL claims remain stayed under the District Court's 12/24/13 Order. BEL claims are being filed every day.

While Plaintiffs can not control what BP will file in this Court when, Plaintiffs respectfully request thirty days to respond to BP's Renewed Motion for an Injunction. While this may facially appear to be a long time, Class Counsel reminds this Court that BP has filed four appeals in this Court in the last several weeks related to the Settlement Program (Nos. 13-30843, 13-31296, 13-31299, 13-31302) and that the State of Louisiana filed a Mandamus action as recently as December 27, 2013.

Respectfully submitted,

   /s/   Stephen J. Herman                      /s/ James Parkerson Roy  
**Stephen J. Herman**, La. Bar No. 23129     **James Parkerson Roy**, La. Bar No.11511  
**HERMAN HERMAN & KATZ LLC LLC**            **DOMENGEAUX WRIGHT ROY & EDWARDS**  
820 O'Keefe Avenue                              556 Jefferson Street, Suite 500  
New Orleans, Louisiana 70113             Lafayette, Louisiana 70501  
Telephone: (504) 581-4892                Telephone: (337) 233-3033  
Fax No. (504) 569-6024                     Fax No. (337) 233-2796  
E-Mail: sherman@hhklawfirm.com        E-Mail: jimr@wrightroy.com  
*Lead Class Counsel*                                 *Lead Class Counsel*

## ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL

Brian H. Barr  
LEVIN, PAPANTONIO  
316 South Baylen St., Suite 600  
Pensacola, FL 32502-5996  
Office:  (850) 435-7045  
Telefax: (850) 436-6187  
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit  
BREIT, DRESCHER & IMPREVENTO  
Towne Pavilion Center II  
600 22nd Street, Suite 402  
Virginia Beach, Virginia 23451  
Office:  (757) 670-3888  
Telefax: (757) 670-3895  
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser  
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA  94111-3339  
Office:  (415) 956-1000  
Telefax: (415) 956-1008  
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.  
COSSICH, SUMICH, PARSIOLA & TAYLOR  
8397 Highway 23, Suite 100  
Belle Chasse, LA  70037  
Office:  (504) 394-9000  
Telefax: (504) 394-9110  
E-Mail:  pcossich@cossichlaw.com

Robin L. Greenwald  
WEITZ & LUXENBERG, PC  
700 Broadway  
New York, NY  10003  
Office:  (212) 558-5802  
Telefax: (212) 344-5461  
E-Mail:  rgreenwald@weitzlux.com

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL 36104  
Office:  (334) 269-2343  
Telefax: (334) 954-7555  
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU & SOUTH, LLP  
501 Broad Street  
Lake Charles, LA  70601  
Office:  (337) 439-0707  
Telefax: (337) 439-1029  
E-Mail:  mlundy@lundylawllp.com

Michael C. Palmintier  
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'  
618 Main Street  
Baton Rouge, LA  70801-1910  
Office:  (225) 344-3735  
Telefax: (225) 344-0522

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500
Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion to reschedule Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, on this 30th day of December, 2013.

/s/ Stephen J. Herman and James Parkerson Roy