## IN RE: DEEPWATER HORIZON LITIGATION
## MDL NO. 2179

| | |
|---|---|
| JAMES PARKERSON ROY | STEPHEN J. HERMAN |
| Domengeaux Wright Roy & Edwards, LLC | Herman, Herman & Katz, LLC |
| 556 Jefferson Street, Suite 500 | 820 O'Keefe Avenue |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| E-Mail: jimr@wrightroy.com | E-Mail: sherman@hhklawfirm.com |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |

January 28, 2014

The Honorable Judges of the U.S. Fifth Circuit Court of Appeals
600 South Maestri Place
New Orleans, Louisiana 70130

      Re: *In re: DEEPWATER HORIZON*
           Business Economic Loss ("BEL") Appeal
           **U.S. Fifth Cir. No. 13-30315**

May It Please the Court:

    Plaintiffs-Appellees respectfully submit this letter in response to BP's January 27, 2014 Rule 28j regarding Plaintiffs-Appellees' *Motion to Dismiss BP-Appellee's Petition for Rehearing En Banc for Lack of Jurisdiction* in Appeal No. 13-30095.[1]

    Plaintiffs-Appellees have consistently argued that the proper appellate panel for consideration of the BEL contractual interpretation issues is this Panel, while the proper appellate panel for consideration of the Rule 23 and Article III issues is the Panel in No. 13-30095.

    The generic reference to this Panel's "jurisdiction over the proper determination of the BEL claims" was simply a reference to this delineation of responsibility between the two Panels, and was not a "concession" of the various jurisdictional issues regarding BP's newfound request for an additional, undefined, unspecified "causal nexus" requirement – including the fact that BP admittedly never objected to or appealed the Claims Administrator's Policy Announcement of October 10, 2012 to the District Court, nor raised causation issues in the present appeal.

                                                    Respectfully submitted,

                                                    James Parkerson Roy
                                                    Stephen J. Herman
                                                    *Co-Lead Class Counsel*

                                                    Samuel Issacharoff
                                                    *Lead Appeal Counsel for the Class*

---

[1] Doc. 00512513150.

1136905.1